IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19-CR-57 |
| vs. | |
| RAMON SIMPSON, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss without Prejudice the Indictment. Filing 45. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against Defendant, Ramon Simpson.

IT IS ORDERED:

1. The government's Motion to Dismiss without Prejudice the Indictment Filing 45 is granted, and this action is dismissed, without prejudice against Defendant, Ramon Simpson.

Dated this 27th day of November, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge